NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK DUNNING INDUSTRIES, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**ZERO WASTE SOLUTIONS, INC.,**
*Defendant*

---

2019-1885

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-01803-CFL, Senior Judge Charles F. Lettow.

---

## JUDGMENT

---

NICHOLAS SOLOSKY, Fox Rothschild LLP, Washington, DC, argued for plaintiff-appellant. Also represented by DOUGLAS HIBSHMAN.

JOSEPH ALAN PIXLEY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also

represented by JEFFREY B. CLARK, ROBERT EDWARD KIRSCHMAN, JR., FRANKLIN E. WHITE, JR.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 19, 2020          /s/ Peter R. Marksteiner
    Date                  Peter R. Marksteiner
                          Clerk of Court